United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADRIANA GONZALEZ-RICARDO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-615 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Petitioner Adriana Gonzalez-Ricardo is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain her without a bond hearing under 8 U.S.C. § 1225(b)(2)(A). Petitioner bases her habeas action on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on provisions of the Fifth Amendment.

The Fifth Circuit has determined that "the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." *Sosnava Rodriguez v. Ortega*, — F.4th —, No. 26-50183, 2026 WL 1906557, at *16 (5th Cir. July 2, 2026).

In this case, Respondents detained Petitioner on August 28, 2025. Based on this date, more than 90 days have elapsed since Petitioner's detention, and the record contains no evidence that Respondents have provided her with a bond hearing.

As a result, and based on *Sosnava*, it is:

**ORDERED** that Petitioner Adriana Gonzalez-Ricardo's Petition for Writ of Habeas Corpus (Doc. 1 ) is **GRANTED** to the extent indicated in this Order;

**ORDERED** that Respondents shall release Petitioner Adriana Gonzalez-Ricardo by no later than July 17, 2026, unless before that date, Respondents have provided Petitioner Adriana Gonzalez-Ricardo with a bond hearing that is procedurally and substantively similar to bond

hearings under 8 U.S.C. § 1226(a) and the Immigration Judge denies a bond or other conditions permitting release. If the Immigration Judge grants a bond or other conditions permitting release, Petitioner Adriana Gonzalez-Ricardo must satisfy any requirements that the Immigration Judge imposes for release.

It is also **ORDERED** that by no later than July 17, 2026, should Respondents believe that *Sosnava* does not control in this matter, Respondents shall file a Motion for Reconsideration. The filing of such a motion will not affect the deadlines in this Order regarding a bond hearing and release.

All other relief not expressly granted is **DENIED**.

The Clerk of Court is directed to serve a copy of this Order upon the Respondents in accordance with the Memorandum of Understanding.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on July 8, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge