United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADRIANA GONZALEZ-RICARDO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-615 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On July 8, 2026, the Court granted Petitioner Adriana Gonzalez-Ricardo's Petition for Writ of Habeas Corpus, ordering Respondents to release Petitioner "by no later than July 17, 2026, unless before that date, Respondents have provided Petitioner Adriana Gonzalez-Ricardo with a bond hearing[.]" (Order, Doc. 6) The Court based its order on the Fifth Circuit's decision in *Sosnava Rodriguez v. Ortega*, — F.4th —, No. 26-50183, 2026 WL 1906557, at *16 (5th Cir. July 2, 2026).

Two days later, the Fifth Circuit granted en banc rehearing in *Sosnava*, vacating the panel decision. *See Sosnava Rodriguez v. Ortega*, Case No. 26-50183 (5th Cir., July 10, 2026). Respondents now move for reconsideration of the Court's decision in light of the vacatur. (Motion, Doc. 8)

A motion for reconsideration under Federal Rule of Civil Procedure 59(e) "must clearly establish either a manifest error of law or fact or must present newly discovered evidence[.]" *Rosenzweig v. Azurix Corp.*, 332 F.3d 854, 863 (5th Cir. 2003). "Relief under Rule 59(e) is also appropriate when there has been an intervening change in the controlling law." *Schiller v. Physicians Res. Group Inc.*, 342 F.3d 563, 567 (5th Cir. 2003). Based on the vacatur of the *Sosnava* panel decision, the Court finds that good cause supports the requested relief.

Accordingly, it is:

**ORDERED** that Respondents' Motion for Reconsideration (Doc. 8) is **GRANTED**; and

**ORDERED** that the Court's Order (Doc. 6) is **WITHDRAWN**.

The Clerk of Court is directed to re-open this case.

Signed on July 13, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge